# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARA LOVELL, individually, CARA LOVELL, individually, VanNoy Culpepper, Trustee for the Bankruptcy Estate of Cara A. Lovell, EDWA #15-731, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF YAKIMA, a Washington government entity, <br><br> Defendant. | CASE NO.: 2:16-CV-3214-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 34). The parties have stipulated that this matter has been resolved, and request an order be entered dismissing this action with prejudice and without an award of costs or fees to any party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter are **DISMISSED** with prejudice and without an award of costs or attorney fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 20, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2